UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IRMA ROMERO,

                        Plaintiff,

-against-

COMMUNITY HEALTH AIDE SERVICES, INC., et al.,

                        Defendants.
------------------------------------------------------------X

23 Civ. 9239 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, on March 22, 2024, the Court was informed that the parties have reached a settlement agreement in principle. It is hereby

    **ORDERED** that, by **April 12, 2024**, the parties shall submit: (1) the settlement agreement to the Court; and (2) a joint letter with supporting evidence addressing the findings this Court must make in order to approve the settlement as fair and reasonable. *See Cheeks v. Freeport Pancake House, Inc*., 796 F.3d 199, 206 (2d Cir. 2015); *Wolinsky v. Scholastic Inc*., 900 F. Supp. 2d 332, 335-36 (S.D.N.Y. 2012) (outlining factors district courts have used to determine whether a proposed settlement is fair and reasonable). It is further

    **ORDERED** that all conferences and trial are **CANCELED**.

Dated: March 26, 2024
       New York, New York

                                                LORNA G. SCHOFIELD
                                           UNITED STATES DISTRICT JUDGE