UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
IRMA ROMERO,                                                :
                           Plaintiff,                       :
                                                            :          23 Civ. 9239 (LGS)
              -against-                                     :
                                                            :          <u>ORDER</u>
COMMUNITY HEALTH AIDE SERVICES,                             :
INC., et al.,                                               :
                           Defendants.                      :
                                                            :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Plaintiff has moved to request attorney's fees and costs as part of the parties' proposed settlement. It is hereby

**ORDERED** that the settlement agreement is **APPROVED** as fair and reasonable based on the nature and scope of Plaintiff's claims and the risks and expenses involved in additional litigation. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206-07 (2d Cir. 2015); *Fisher v. SD Protection, Inc.*, 948 F.3d 593, 600 (2d Cir. 2020) (outlining the factors that district courts have used to determine whether a proposed settlement and award of attorney's fees is fair and reasonable). It is further

**ORDERED** that this action is dismissed in its entirety and with no award of attorney's fees or costs, beyond the amounts provided for in the parties' settlement. The Court retains jurisdiction to enforce this settlement agreement. Any pending motions are **DISMISSED** as moot, and all conferences and deadlines are **CANCELED**.

The Clerk of Court is respectfully directed to close this case.

Dated: April 24, 2024
       New York, New York

                                                    _____
                                                    **LORNA G. SCHOFIELD**
                                                    **UNITED STATES DISTRICT JUDGE**